IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAF-T-GARD INTERNATIONAL, INC., an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> ENVIROGUARD, INC., a Delaware corporation, <br><br> Defendant. | Case Number: 1:14-cv-00873 <br><br> Judge: Hon. Gary Feinerman |

## INITIAL STATUS REPORT

Saf-T-Gard International, Inc., ("Saf-T-Gard"), by counsel and pursuant to this Court's February 18, 2014, Minute Order, respectfully files this Initial Status Report.

**A.     Nature of the Case**

1.     The attorneys of record for Plaintiff Saf-T-Gard and its lead trial counsel are:

Michael A. Slavin (6202313)
McHale & Slavin, P.A.
2855 PGA Blvd.
Palm Beach Gardens, FL  33410
561-625-6575 (Telephone)
561-625-6572 (Facsimile)
**litigation@mchaleslavin.com**

Fay Clayton (3122905)
Robert L. Margolis (6226941)
Robinson Curley & Clayton, P.C.
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
(312) 663-3100 – Telephone
(312) 663-0303 – Facsimile
**fclayton@robinsoncurley.com**
**rmargolis@robinsoncurley.com**

Ms. Clayton is lead trial counsel. Defendant Enviroguard, Inc. ("Enviroguard") has not yet been served with process, has not appeared, and therefore, counsel is not known.

  2. This is an action for injunctive relief and to recover damages, which arises under the trademark laws of the United States, 15 U.S.C. §§ 1114 and 1125(a). This Court has original subject matter jurisdiction of this action by virtue of 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a).

  3. Saf-T-Gard's claims are for Trademark Infringement and Unfair Competition under the *Lanham Act*. Saf-T-Gard seeks injunctive relief, statutory and compensatory damages and other relief. As Defendant has not yet been served with process, or appeared in this case, no counterclaims have been pled as of the filing of this Report.

  4. As Defendant has not yet been served with process, or appeared in this case, it is not known whether it will answer the complaint or otherwise plead to it.

  5. The principal legal and factual issues are whether Defendant Enviroguard's use of the name "ENVIROGUARD" in connection with products that are either identical in nature, or closely related to products marketed by Plaintiff under its registered trademark "ENVIRO-GARD," with knowledge of Plaintiff's registered mark, constitutes Trademark Infringement and Unfair Competition under the Lanham Act.

  6. Defendant has not been served with process. Plaintiff has not yet attempted to serve process because the parties are attempting to resolve the matter.

**B.** **Proceedings to Date**

  1. There have been no substantive rulings to date.

  2. There are no pending motions.

**C.** **Discovery and Case Plan**

    1.    As Defendant has not yet been served with process and not yet appeared, no discovery has yet occurred.

    2.    As Defendant has not yet been served with process and not yet appeared, it is not yet known whether discovery will encompass electronically stored information, and no plan has been developed at this time.

    3.    As Defendant has not yet been served with process and not yet appeared, no proposed scheduling order would be appropriate at this time.

    4.    Plaintiff has made a jury demand.

    5.    As Defendant has not yet been served with process, not yet appeared, and therefore not yet joined issue, Plaintiff is not able to estimate the length of trial.

**D.** **Settlement**

    1.    The parties have had settlement discussions, which remain ongoing.

    2.    As Defendant has not yet been served with process and not yet appeared, Plaintiff cannot speak as to whether Defendant would request a settlement conference. Plaintiff has not yet determined whether it will request one.

**E.** **Magistrate Judge**

    1.    As Defendant has not yet been served with process and not yet appeared, it is premature to determine whether the parties would consent to proceed before a magistrate judge for all purposes.

    2.    No matters have been referred to a magistrate judge as of yet.

Date: March 28, 2014  **SAF-T-GARD INTERNATIONAL, INC**.


By: ___/s/Robert L. Margolis_____
 One of Plaintiff's Attorneys

Michael A. Slavin (6202313)
McHale & Slavin, P.A.
2855 PGA Blvd.
Palm Beach Gardens, FL  33410
561-625-6575 (Telephone)
561-625-6572 (Facsimile)
**litigation@mchaleslavin.com**

Fay Clayton (3122905)
Robert L. Margolis (6226941)
Robinson Curley & Clayton, P.C.
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
(312) 663-3100 – Telephone
(312) 663-0303 – Facsimile
**fclayton@robinsoncurley.com**
**rmargolis@robinsoncurley.com**

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, certifies that on March 28, 2014, he shall cause to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the foregoing **Initial Status Report**, using the Court's CM/ECF system, which shall send notification of such filing to all counsel of record.


                     /s/ Robert L. Margolis

.